
DONALD THOMAS BERGERSON
Cal. SBN 91263
34 Boardman Place
San Francisco, CA., 94103
Telephone:  (415) 621-8149
FAX:        (415) 239-9264
mrwork1@gmail.com

Attorney for Defendant,
CHARLES CARRINGTON

FILED

NOV 1 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br>CHARLES CARRINGTON,<br>Defendant. | No. 3:CR-05-0460-CRB<br><br>PROPOSED ORDER |

The Clerk is ORDERED to execute a deed reconveying real property heretofore posted by VERONICA HICKS as surety on the bail bond in this case back to Veronica Hicks. It is understood by the Court that the Clerk already has in its possession a re-executed bond substituting a new surety, a copy of a new deed of trust made by Lettie Carrington in lieu of Veronica Hicks, and an unexecuted deed of reconveyance as referenced in this order.

SO ORDERED.
DATED: 11/18/05

NANDOR J. VADAS
UNITED STATES MAGISTRATE-JUDGE

1