IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>CHARLES CARRINGTON,<br><br>   Defendant.<br>_____/ | No. CR-05-0460CRB<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

- ☒ Presentence Report
- ☐ Plea Agreement
- ☐ Statement of Reasons
- ☒ USA Sentence Memorandum, Defendant's Reply (Other)

**IT IS SO ORDERED.**

Dated: December 16, 2005

                 CHARLES R. BREYER,
                 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California