DONALD THOMAS BERGERSON CSB No. 91263
34 Boardman Place
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 239-9264

Attorney for Defendant,
CHARLES CARRINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:CR-05-0460-CRB |
| Plaintiff, | ~~PROPOSED~~ ORDER CONTINUING DATE OF SELF-SURRENDER |
| vs. | |
| CHARLES CARRINGTON, | |
| Defendant | |

The Court having read and considered the motion and declaration of Donald Bergerson and GOOD CAUSE APPEARING THEREFOR, hereby ORDERS that **Carrington's self-surrender is continued from February 5, 2006 to February 15, 2006** at F.C.I. Sheridan, or at such other place as may be designated by the Bureau of Prisons.

The Clerk shall serve a copy of this order on the appropriate agencies on or before the close of business on February 3, 2006.

IT IS SO ORDERED.

DATED: February 02, 2006

HON. CHARLES BREYER,
UNITED STATES DISTRICT JUDGE

- 4